```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0194--CV (RRB)
             "M.P. ET AL V KENAI PENINSULA BOROUGH SHCOOL"

       Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 08/16/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

      Nature of Suit: (440) Other Civil Rights

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 08/16/05 receipt # 00126382
           Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1            P., M.                         Christine S. Schleuss
                                                  Friedman Rubin et al
                                                  1227 W. 9th Avenue, Suite 201
                                                  Anchorage, AK 99501
                                                  907-258-0704
                                                  FAX 907-278-6449

                                                  Margaret Simonian
                                                  Friedman, Rubin & White
                                                  1227 W. 9th Ave., Suite 201
                                                  Anchorage, AK 99501
                                                  907-258-0704
                                                  FAX 907-278-6449

PLF 2.1            D., S.                         Christine S. Schleuss
                                                  (see above)

                                                  Margaret Simonian
                                                  (see above)

DEF 1.1            KENAI PENINSULA BOROUGH SCHOOL Peter C. Partnow
                   DISTRICT                       Lane Powell et al
                                                  301 W. Northern Lights, #301
                                                  Anchorage, AK 99503-2648
                                                  907-277-9511
                                                  FAX 907-276-2631

DEF 2.1            WETHERBEE, MICHAEL             Peter C. Partnow
                                                  (see above)

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0194--CV (RRB)
             "M.P. ET AL V KENAI PENINSULA BOROUGH SHCOOL"

                         For all filing dates
```

```
Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 08/16/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 08/16/05 receipt # 00126382
         Trial by: Jury


Document #   Filed      Docket text

     1 -  1  08/16/05   Complaint filed.

     2 -  1  08/16/05   PLF 1-2 Jury Demand.

  NOTE -  1  08/24/05   Issued: summons re: DEF 1.

  NOTE -  2  09/22/05   Issued: summons re: DEF 1 & 2.

     3 -  1  09/22/05   PLF 1-2 Complaint (First Amended).

     4 -  1  09/23/05   DEF 1-2 Attorney Appearance of P. Partnow.

     5 -  1  10/19/05   RRB Minute Order plf is directed to take action as failure to serve.
                        Plf shall proceed to serve any other defendants so as to comply with
                        Rule 4(m) FRCP.  cc: cnsl

     6 -  1  10/31/05   PLF 1-2 Aff re: service of process w/att exhs.

     7 -  1  10/31/05   PLF 1-2 Return of Service Executed re: DEF 1 on 9/13/05.

     8 -  1  11/01/05   RRB Minute Order plf is directed to take action as to case not at issue.
                        Plf to require an answer or apply for default w/in 20 days.  cc: cnsl

     9 -  1  11/02/05   DEF 1-2 motion to file answer to first amended complaint under seal.

    10 -  1  11/07/05   PLF 1-2 non-opposition to DEF 1-2 motion to file answer to first amended
                        complaint under seal (9-1).

    11 -  1  11/14/05   RRB Order granting motion to file answer to first amended complaint
                        under seal (9-1).  cc: cnsl

    12 -  1  11/17/05   {SEALED}

    13 -  1  11/18/05   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl
```