Christine S. Schleuss
ABA # 7811132
Friedman, Rubin & White
1227 West Ninth Avenue, Suite 201
Anchorage, Alaska 99501
(907)258-0704 Telephone
(907)278-6449 Facsimile
cschleuss@frwlaw.us

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

M.P., through her guardian, S.D.,

        Plaintiff,

        vs.

KENAI PENINSULA BOROUGH SCHOOL
DISTRICT, and MICHEAL WETHERBEE.

        Defendants.

No.  CIV-05-A05-194 CV (RRB)

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

        Plaintiff, by and through counsel of record, Christine Schleuss, submits the following list of witnesses:

        S.D.
        c/o Friedman, Rubin & White
        1227 West 9th Avenue, Suite 201
        Anchorage, Alaska  99501
        (907)258-0704

1

2          S.D. is the mother of M.P. and has information as to liability and damages.

3   M.P. mother's initials are being used to protect the identity of M.P.  The parties know the

4   identity of S.D.

5          Jamie Harper
           c/o Lane, Powell, LLC
6          301 West Northern Lights, Suite 301
           Anchorage, Alaska  99503
7          (907)277-9511

8          Ms. Harper was the Assistant Director of Special Services at Ninilchik

9   School and has information as to liability.

10         Edward Harrison
           School Psychologist
11         c/o Lane, Powell, LLC
           301 West Northern Lights, Suite 301
12         Anchorage, Alaska  99503
           (907)277-9511
13

14

15         Has information as to liability and damages.

16

           L.L.
17
           Address unknown
18

19         L.L. was the student at Ninilchik School who abused M.P. and has

20  information as to liability.

21         Jamie. Leman
           c/o Lane, Powell, LLC
22         301 West Northern Lights, Suite 301
           Anchorage, Alaska  99503
23         (907)277-9511

24

25         One of the teachers at Ninilchik School and has information as to liability.

26         Jeffrey MaGee, M.D.
           Family Behavioral Health Center
27         P.O. Box 2559
           Soldotna, AK  99669
28

Plaintiff's Preliminary Witness List
*M.P. v. Kenai Peninsula Borough School District*
*and Michael Wetherbee*, Case Number CIV-05-194 CV (RRB)
Page 2

1

2
(907)260-3353

3
Dr. McGee was M.P.'s Psychiatrist and has information as to liability and

4
damages.

5
M.P.
c/o Friedman, Rubin & White

6
1227 West 9th Avenue, Suite 201
Anchorage, Alaska  99501

7
(907)258-0704

8

9
M.P. is the plaintiff in this matter and has information as to liability.

10
Sam Stewart
c/o Lane, Powell, LLC

11
301 West Northern Lights, Suite 301
Anchorage, Alaska  99503

12
(907)277-9511

13

14
Mr. Stewart was the Assistant Superintendent of the Kenai Peninsula

15
Borough School District and has information as to liability.

16
Micheal Wetherbee
c/o Lane, Powell, LLC

17
301 West Northern Lights, Suite 301
Anchorage, Alaska  99503

18
(907)277-9511

19

20
Mr. Wetherbee was the principal of Ninilchik School during the periods

21
M.P. was abused and has information as to liability.

22
Other teachers and staff members of Ninilchik School during the periods
M.P. was abused have information as to liability.

23

24
Unnamed witnesses
Address unknown

25
These witnesses were interviewed by Mr. Wetherbee.  Mr. Wetherbee's

26
hand-written notes were redacted, removing these individuals' names.  These witnesses

27
have information as to liability.

28
Plaintiff's Preliminary Witness List
*M.P. v. Kenai Peninsula Borough School District*
*and Michael Wetherbee*, Case Number CIV-05-194 CV (RRB)
Page 3

1

2                Investigating Troopers
                 Alaska State Troopers
3                Address unknown

4           At least one member of the Alaska State Troopers investigated the incidents

5    alleged in the complaint, and will have information as to liability.

6
            While not retained experts, any or all of M.P.'s treatment providers may be called on to
7
     give their expert opinions as to the nature and extent of her injuries, the cause of her injuries and
8
9    her prognosis.  It is also anticipated that experts may be retained to assess whether the actions of

10   defendants met the applicable standards of care and to assess the damages suffered by M.P.

11          Any witness listed on defendants' witness list or disclosures.

12
            Any witness identified later in the course of discovery.
13
            Any witness necessary for rebuttal purposes.
14
15          All witnesses necessary to authenticate any document, including any

16   photograph, and any medical record sought to be admitted at trial.

17          DATED this 13th day of January, 2006.

18                                          By:  /s/Christine S. Schleuss
                                                  Christine S. Schleuss
19                                                ABA No. 7811132
20                                                FRIEDMAN, RUBIN & WHITE

21

22

23

24

25

26

27

28
     Plaintiff's Preliminary Witness List
     *M.P. v. Kenai Peninsula Borough School District*
     *and Michael Wetherbee*, Case Number CIV-05-194 CV (RRB)
     Page 4