Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Defendant Kenai Peninsula Borough
School District and Michael Wetherbee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>                    Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>                    Defendant. | Case No. A05-194 CV (RRB)<br><br>**<u>PRELIMINARY WITNESS LIST</u>** |

       Defendants, through their counsel of record, Lane Powell LLC, hereby submit their preliminary witness list as follows:

1. Trooper Barlow
   Alaska State Troopers
   Homer, Alaska
   Ph:  (907) 235-8239

   Contacts with school district when district learned of potential interaction between MP and LL.

2. Cindy Bedingfield (Attorney-Client Privilege Applies)
   Ninilchik School
   c/o Lane Powell LLC
   301 W. Northern Lights Blvd., Suite 301
   Anchorage, Alaska 99503
   Ph: (907) 277-9511

   Certificated employee of school district aware of MP, her exceptionalities, and observations of interactions between MP and others.

3. SD
   c/o Friedman Rubin & White
   1227 W. 9th Avenue, 2nd Floor
   Anchorage, Alaska 99501-3218
   Ph: (907) 258-0704

   Parent of MP

4. Jamie Harper
   Kenai Peninsula Borough School District
   c/o Lane Powell LLC
   301 W. Northern Lights Blvd., Suite 301
   Anchorage, Alaska 99503
   Ph: (907) 277-9511

   Certificated employee of school district aware of MP, her exceptionalities, and observations of interactions between MP and others.

5. Joel Hilbrink (Attorney-Client Privilege Applies)
   c/o Lane Powell LLC
   301 W. Northern Lights Blvd., Suite 301
   Anchorage, Alaska 99503
   Ph: (907) 277-9511

   Certificated employee of school district aware of LL and MP, her exceptionalities, and observations of interactions between MP and others.

6. Sergeant Hipsham
   Alaska State Troopers
   Homer, Alaska
   Ph: (907) 235-8239

   Contacts with school district when district learned of potential interaction between MP and LL.

**Defendants' Preliminary Witness List**
*MP, through her guardian, SD v. Kenai Peninsula Borough, et al.*  (Case No. A-05-194 CV) Page 2 of 7

7. JH (former student)
   Ninilchik

   Reported interactions between MP and LL to her mother.

8. Ron Keffer                                    (Attorney-Client Privilege Applies)
   Ninilchik School
   c/o Lane Powell LLC
   301 W. Northern Lights Blvd., Suite 301
   Anchorage, Alaska 99503
   Ph: (907) 277-9511

   School district administrator who was impartial hearing officer in appeal by LL and his parent of proposed disciplinary suspension.

9. Ms. H
   Ninilchik, Alaska

   Parent of JH who reported conversation with her daughter about MP and LL to Mike Wetherbee.

10. DL
    Ninilchik, Alaska

    Parent of LL.

11. Patti Lawyer                                 (Attorney-Client Privilege Applies)
    Ninilchik School
    c/o Lane Powell LLC
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503
    Ph: (907) 277-9511

    Certificated employee of school district aware of MP, her exceptionalities, and observations of interactions between MP and others.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

12. Janine Leman, Teacher                          (Attorney-Client Privilege Applies)
    Ninilchik School
    c/o Lane Powell LLC
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503
    Ph: (907) 277-9511

    Certificated employee of school district aware of MP, her exceptionalities, and observations of interactions between MP and others.

13. Elizabeth Lennon                               (Attorney-Client Privilege Applies)
    Ninilchik School
    c/o Lane Powell LLC
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503
    Ph: (907) 277-9511

    Certificated employee of school district aware of MP, her exceptionalities, and observations of interactions between MP and others.

14. Jeffrey S. Magee
    345 N. Binkley, Suite 202
    Soldotna, Alaska 99669
    Ph: (907) 260-3353

    One of MP's medical providers.

15. Angela Nelson                                  (Attorney-Client Privilege Applies)
    School Psychologist
    Kenai Peninsula Borough School District
    c/o Lane Powell LLC
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503
    Ph: (907) 277-9511

    Certificated employee of school district aware of MP, her exceptionalities, and observations of interactions between MP and others.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

16. Mark D. Osterman, Esq.
    Mark D. Osterman Law Office
    215 Fidalgo Avenue, Suite 106
    Kenai, Alaska 99611
    Ph: (907) 283-5660

    Attorney for LL who represented same in disciplinary proceedings before the defendant school district.

17. Plaintiff M.P.
    c/o Friedman Rubin & White
    1227 W. 9th Avenue, 2nd Floor
    Anchorage, Alaska 99501-3218
    Ph: (907) 258-0704

18. Kim Smith
    Department of Health and Social Services, Division of Juvenile Justice
    State of Alaska
    3670 Lake Street, Suite 100
    Homer, Alaska 99603

    Possesses information regarding reported interactions between LL and MP and subsequent communications regarding same to defendants.

19. Sam Stewart                                         (Attorney-Client Privilege Applies)
    Assistant Superintendent
    Kenai Peninsula Borough School District
    c/o Lane Powell
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503
    Ph: (907) 264-3317

    Assistant Superintendent was defendant school district employee involved in proposed discipline of LL after information regarding his interactions with MP came to light. Also aware of applicable procedures and guidelines.

20. Defendant Michael Wetherbee                    (Attorney-Client Privilege Applies)
    c/o Lane Powell LLC
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503
    Ph: (907) 277-9511

    Principal at Ninilchik school during time in question, aware of both LL and MP, interactions between the two as known by the school district, and steps taken by school district when additional information came to light, first through parent of JH and thereafter.

21. Other medical/educational/counseling providers of MP as may be identified.

22. Any witness listed by plaintiff.

23. Any witness deposed in this action.

24. Any and all of plaintiff's treating physicians, psychiatrists, therapists, counselors, or medical-care providers.

25. Any and all witnesses used for impeachment purposes.

26. Such experts as may be identified pursuant to the pretrial order.

27. Any and all witnesses necessary to authenticate documents.

28. Defendants reserve the right to supplement this witness list as witnesses become known through discovery.

DATED this 13th day of January, 2006.

        LANE POWELL LLC
        Attorneys for Defendants

        By  s/ Peter C. Partnow
          Peter C. Partnow, ASBA No. 7206029
        301 W. Northern Lights Blvd., Suite 301
        Anchorage, Alaska 99503-2648
        Tel: 907-277-9511
        Fax: 907-276-2631
        Email: PartnowP@LanePowell.com

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Defendants' Preliminary Witness List**
*MP, through her guardian, SD v. Kenai Peninsula Borough, et al.*  (Case No. A-05-194 CV)   Page 6 of 7

I certify that on January 13, 2006, a copy of the foregoing was served by mail on:

Christine S. Schleuss
Friedman Rubin & White, 1227 W 9th Ave, 2nd Flr., Anchorage, AK 99501-3218

_____

119728.0003/153121.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631