Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Defendant Kenai Peninsula Borough
School District and Michael Wetherbee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>        Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>        Defendant. | Case No. 3:05-cv-00194-TMB<br><br>**UNOPPOSED MOTION<br>FOR EXTENSION OF TIME** |

  COME NOW defendants, Kenai Peninsula Borough School District and Michael Wetherbee, by and through their counsel of record, Lane Powell LLC, and request a two-week extension of time to amend pleadings and join parties to be filed by April 17, 2006.

  Defendants' counsel has conferred with Christine Schleuss, counsel for plaintiff, and she does not oppose this proposed extension of time.

  DATED this 31st day of March, 2006.

            LANE POWELL LLC
            Attorneys for Defendants

            s/ Peter C. Partnow
            Peter C. Partnow, ASBA No. 7206029
            301 West Northern Lights Boulevard, Suite 301
            Anchorage, Alaska 99503-2648
            Phone:   907-277-9511
            Fax:        907-276-2631
            Email:    partnowp@lanepowell.com

I certify that on March 31, 2006, a copy of the foregoing was served by ECF on:

cschleuss@frwusa.com

s/ Peter C. Partnow
119728.0003/154472.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Unopposed Motion for Extension of Time**
*MP, through her guardian, SD v. Kenai Peninsula Borough, et al.*  (3:05-cv-00194-TMB)                **Page 2 of 2**