Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

**Attorneys for Defendant Kenai Peninsula Borough
School District and Michael Wetherbee**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

M.P., through her guardian, S.D.,

                                        Plaintiff,

v.

KENAI PENINSULA BOROUGH SCHOOL
DISTRICT, and MICHAEL WETHERBEE,

                                        Defendant.

Case No. 3:05-cv-00194-TMB

[Proposed]
**ORDER**

Defendants Kenai Peninsula Borough School District and Michael Wetherbee having filed an unopposed motion for extension of time, and having conferred with plaintiff's counsel, who has no objection,

IT IS HEREBY ORDERED that the following extension of time is approved: Defendants may have until April 17, 2006, to amend pleadings and join parties.

DATED:_____        _____
                                        The Honorable Timothy M. Burgess
                                        United States District Court Judge

I certify that on March 31, 2006, a copy
of the foregoing was served by ECF on:

cschleuss@frwusa.com

s/ Peter C. Partnow_____
119728.0003/154476.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631