IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

M.P., through her guardian, S.D.,

                     Plaintiff,

v.

KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,

                     Defendant.

Case No. 3:05-cv-00194-TMB

**ORDER**

    Defendants Kenai Peninsula Borough School District and Michael Wetherbee having filed an unopposed motion for extension of time, and having conferred with plaintiff's counsel, who has no objection,

    IT IS HEREBY ORDERED that the following extension of time is approved: Defendants may have until April 17, 2006, to amend pleadings and join parties.

DATED: April 4, 2006              /s/ Timothy M. Burgess
                                          The Honorable Timothy M. Burgess
                                          United States District Court Judge

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631