Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Defendant Kenai Peninsula Borough
School District and Michael Wetherbee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>       Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>       Defendant. | Case No. 3:05-cv-00194-TMB<br><br>**STIPULATION** |

  COME NOW the parties, by and through counsel of record, hereby stipulate and agree to hold all pretrial deadlines in abeyance for 60 days to determine if this matter can be resolved. If the parties are unable to resolve this matter within that time, they request the court schedule a status conference to set new pretrial deadlines. In the event either party determines this matter cannot be resolved prior to the 60-day extension, that party will file a request for a status conference.

                LANE POWELL LLC
                Attorneys for Defendants

Dated: April 14, 2006       s/ Peter C. Partnow
                Peter C. Partnow, ASBA No. 7206029
                301 West Northern Lights Boulevard, Suite 301
                Anchorage, Alaska 99503-2648
                Phone: 907-277-9511
                Fax:  907-276-2631
                Email: partnowp@lanepowell.com

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

                                          FRIEDMAN RUBIN & WHITE
                                          Attorneys for Plaintiff

Dated: April 14, 2006                 s/ Christine S. Schleuss [Consent]
                                          Christine S. Schleuss, ASBA No. 7811132
                                          1227 W. 9th Ave., 2nd Floor
                                          Anchorage, Alaska 99501
                                          Phone:  907-258-0704
                                          Fax:     907-278-6449
                                          Email:  cschleuss@frwusa.com

I certify that on April 14, 2006, a copy of the foregoing was served by ECF on:

cschleuss@frwusa.com

s/ Peter C. Partnow

119728.0003/154631.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511    Facsimile 907.276.2631

**Stipulation**
*MP, through her guardian, SD v. Kenai Peninsula Borough, et al.* (3:05-cv-00194-TMB)    **Page 2 of 2**