Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Defendant Kenai Peninsula Borough
School District and Michael Wetherbee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>       Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>       Defendant. | Case No. 3:05-cv-00194-TMB<br><br>**<u>ORDER</u>** |

  IT IS ORDERED that this matter shall be held in abeyance for 60 days.  The parties are to file a status report or a request for pretrial scheduling conference on _____, 2006.

  ORDERED this \_\_\_\_\_ day of _____, 2006.

                            _____
                            United States District Court Judge

I certify that on April 14, 2006, a copy
of the foregoing was served by ECF on:

cschleuss@frwusa.com

s/ Peter C. Partnow_____

119728.0003/154637.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631