IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>Defendant. | Case No. 3:05-cv-00194-TMB<br><br>**ORDER** |

    IT IS ORDERED that this matter shall be held in abeyance for 60 days. The parties are to file a status report or a request for pretrial scheduling conference on **June 19**, **2006**.

    ORDERED this 17 day of April, 2006.

    /s/ Timothy M. Burgess
    United States District Court Judge