Christine S. Schleuss
LAW OFFICE OF CHRISTINE SCHLEUSS
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
Telephone: 907-222-4635
Fax: 907-222-4827

Attorney for Plaintiff M.P., through her guardian, S.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>    Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>    Defendants. | Case No. 3:05-cv-00194-TMB<br><br>**STATUS REPORT TO COURT** |

  COME NOW the parties, by and through counsel of record, and respond to the Court's Order Requiring Status Report as follows:

  On April 14, 2006, the parties stipulated to hold all deadlines in abeyance for 60 days to attempt to resolve this matter. The Court granted such request on April 17, 2006, ordered the matter held in abeyance for 60 days, and ordered the parties to file a status report or a request for pretrial scheduling conference on June 19, 2006.

  Accordingly, the parties hereto request the Court to stay its prior Order of April 17, 2006 and permit the parties an additional 60 days—until August 14, 2006—to file their status report.

            FRIEDMAN RUBIN & WHITE
            Attorneys for Plaintiff

Dated: June 20, 2006      /s/ Christine S. Schleuss
            Christine S. Schleuss, ASBA No. 781132
            1227 W. 9th Ave., 2nd Floor
            Anchorage Alaska 99501
            Phone: 907-258-0704
            Fax: 907-278-6449
            Email: cschleuss@frwusa.com

Law Office of Christine Schleuss
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
907-222-4635 / Fax (907) 222-4827

LANE POWELL LLC
Attorneys for Defendants

Dated: June 20, 2006        /s/ Peter C. Partnow [Consent]
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd, Suite 301
Anchorage Alaska 99503-2648
Phone: 907-277-9511
Fax:    907-276-2631
Email:  partnowp@lanepowell.com

**CERTIFICATE OF SERVICE**
I certify that on June 20, 2006, a copy of
the foregoing was served by ECF on:

partnowp@lanepowell.com

/s/ Christine Schleuss

Law Office of Christine Schleuss
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
907-222-4635 / Fax (907) 222-4827

STATUS REPORT TO COURT – Page 2 of 2
*M.P. v. Kenai Peninsula Borough, et al.*, 3:05-cv-00194-TMB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>                              Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>                              Defendants. | Case No. 3:05-cv-00194-TMB<br><br>**ORDER** |

      IT IS HEREBY ORDERED that the Court's prior Order of April 17, 2006 is stayed.  The parties shall file a status report or a request for pretrial scheduling conference on or before August 14, 2006.

Date: _____

                              United States District Judge

**CERTIFICATE OF SERVICE**
I certify that on June 20, 2006, a copy of the foregoing was served by ECF on:

partnowp@lanepowell.com

/s/ Christine Schleuss

Law Office of Christine Schleuss
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
907-222-4635 / Fax (907) 222-4827

ORDER – Page 1 of 1
*M.P. v. Kenai Peninsula Borough, et al.*, 3:05-cv-00194-TMB