Christine S. Schleuss
LAW OFFICE OF CHRISTINE SCHLEUSS
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
Telephone: 907-222-4635
Fax: 907-222-4827

Attorney for Plaintiff M.P., through her guardian, S.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>    Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>    Defendants. | Case No. 3:05-cv-00194-TMB<br><br>**STATUS REPORT TO COURT** |

  COME NOW the parties, by and through counsel of record, and respond to the Court's Order Requiring Status Report as follows:

  Stipulations/Stays were previously entered in this case to hold all deadlines in abeyance to allow the parties sufficient opportunity to attempt to resolve the matter. Settlement was delayed because Plaintiff M.P. and her mother and guardian S.D. moved out of state. Subsequently, S.D. was removed as M.P.'s guardian. After prolonged court proceedings, a temporary guardian was appointed. Undersigned counsel has only recently located and spoken with M.P.'s new guardian and has just received authority from her new guardian to attempt to resolve this case. Settlement efforts can now proceed.

  Undersigned counsel contemplates that she will send a settlement offer to the defense this week. However, undersigned counsel is leaving the country on August 25, 2006, returning October 1, 2006, on a long-planned trip to East Africa. It is doubtful whether there will be

STATUS REPORT TO COURT – Page 1 of 2
*M.P. v. Kenai Peninsula Borough, et al.*, 3:05-cv-00194-TMB

adequate time for the parties to fully explore all settlement options prior to her departure. For that reason, the parties request the Court to continue the Stay currently in effect until October 16, 2006. At that time the parties will either notify the Court that the case has settled or will request a pretrial scheduling report.

A proposed Order accompanies this Report/Stipulation.

LAW OFFICE OF CHRISTINE SCHLEUSS
Attorneys for Plaintiff

Dated: August 14, 2006

/s/ Christine S. Schleuss
Christine S. Schleuss, ASBA No. 781132
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
Phone:  907-222-4635
Fax:     907-222-4827
Email:  chriss@chrisschleuss.com

LANE POWELL LLC
Attorneys for Defendants

Dated: August 14, 2006

/s/ Peter C. Partnow [Consent]
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd, Suite 301
Anchorage Alaska 99503-2648
Phone:  907-277-9511
Fax:     907-276-2631
Email:  partnowp@lanepowell.com

**CERTIFICATE OF SERVICE**
I certify that on August 14, 2006, a copy of
the foregoing was served by ECF on:

partnowp@lanepowell.com

/s/ Christine Schleuss

Law Office of Christine Schleuss
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
907-222-4635 / Fax (907) 222-4827

STATUS REPORT TO COURT – Page 2 of 2
*M.P. v. Kenai Peninsula Borough, et al.*, 3:05-cv-00194-TMB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>                    Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>                    Defendants. | Case No. 3:05-cv-00194-TMB<br><br>**ORDER** |

      IT IS HEREBY ORDERED that the Stay will continue. The parties shall file another status report or a request for a pretrial scheduling conference on or before October 16, 2006.

Date: _____          /s/ Timothy M. Burgess
                                                United States District Judge

Law Office of Christine Schleuss
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
907-222-4635 / Fax (907) 222-4827