Christine S. Schleuss
LAW OFFICE OF CHRISTINE SCHLEUSS
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
Telephone: 907-222-4635
Fax: 907-222-4827

Attorney for Plaintiff M.P., through her guardian, S.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D., <br><br> Plaintiff, <br><br> v. <br><br> KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE, <br><br> Defendants. | Case No. 3:05-cv-00194-TMB <br><br> **NOTICE OF CHANGE OF ADDRESS** |

      COMES NOW, Christine Schleuss of The Law Office of Christine Schleuss, and hereby notifies the Court of her change of address as follows:

      Christine Schleuss
      Law Office of Christine Schleuss
      733 W. 4th Avenue, Suite 401
      Anchorage AK 99501
      Phone: 907-222-4635
      Fax: 907-222-4827
      Email: chriss@chrisschleuss.com

Law Office of Christine Schleuss
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
907-222-4635 / Fax (907) 222-4827

Any and all further correspondence, pleadings and discovery should be directed to counsel at the above addresses.

|  |  |
|---|---|
|  | LAW OFFICE OF CHRISTINE SCHLEUSS<br>Attorneys for Plaintiff |
| Dated: August 15, 2006 | /s/ Christine S. Schleuss<br>Christine S. Schleuss, ASBA No. 781132<br>733 W. 4th Avenue, Suite 401<br>Anchorage Alaska 99501<br>Phone: 907-222-4635<br>Fax:   907-222-4827<br>Email: chriss@chrisschleuss.com |

**CERTIFICATE OF SERVICE**
I certify that on August 15, 2006, a copy of the foregoing was served by ECF on:

partnowp@lanepowell.com

/s/ Christine Schleuss

Law Office of Christine Schleuss
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
907-222-4635 / Fax (907) 222-4827