Christine S. Schleuss
LAW OFFICE OF CHRISTINE SCHLEUSS
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
Telephone: 907-222-4635
Fax: 907-222-4827
Attorney for Plaintiff M.P., through her guardian, S.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>Defendants. | Case No. 3:05-cv-00194-TMB<br><br>**NOTICE OF UNAVAILABILITY** |

COMES NOW, Christine Schleuss, of The Law Office of Christine Schleuss, and hereby notifies the Court and counsel of her unavailability from August 25, 2006 through September 30, 2006. She will be out of the state and country during this time and will be returning to her office on October 2, 2006.

LAW OFFICE OF CHRISTINE SCHLEUSS
Attorneys for Plaintiff

Dated: August 15, 2006        /s/ Christine S. Schleuss
Christine S. Schleuss, ASBA No. 781132
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
Phone: 907-222-4635
Fax:    907-222-4827
Email: chriss@chrisschleuss.com

**CERTIFICATE OF SERVICE**
I certify that on August 15, 2006, a copy of
the foregoing was served by ECF on:
partnowp@lanepowell.com
/s/ Christine Schleuss

NOTICE OF UNAVAILABILITY, Page 1 of 1
*M.P. v. Kenai Pen. Borough*, Case No. 3:05-cv-194-TMB