Christine S. Schleuss
LAW OFFICE OF CHRISTINE SCHLEUSS
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
Telephone: 907-222-4635
Fax: 907-222-4827

Attorney for Plaintiff M.P., through her guardian, S.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>          Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>          Defendants. | Case No. 3:05-cv-00194-TMB<br><br>**STATUS REPORT TO COURT AND REQUEST TO CONTINUE STAY** |

      COME NOW the parties, by and through counsel of record, and respond to the Court's Order Requiring Status Report as follows:

      Stipulations/Stays were previously entered in this case to hold all deadlines in abeyance to allow the parties sufficient opportunity to attempt to resolve the matter. Settlement was delayed because Plaintiff M.P. and her mother and guardian S.D. moved out of state. Subsequently, S.D. was removed as M.P.'s guardian. After prolonged court proceedings, a temporary guardian was appointed. Undersigned counsel has only recently located and spoken with M.P.'s new guardian and has just received authority from her new guardian to attempt to resolve this case. Settlement efforts can now proceed.

    Undersigned counsel contemplates that she will send a settlement offer to the defense this week. However, undersigned counsel is leaving the country on August 25, 2006, returning October 1, 2006, on a long-planned trip to East Africa. It is doubtful whether there will be adequate time for the parties to fully explore all settlement options prior to her departure. For that reason, the parties request the Court to continue the Stay currently in effect until October 16, 2006. At that time the parties will either notify the Court that the case has settled or will request a pretrial scheduling report.

    A proposed Order accompanies this Report/Stipulation.

|  |  |
|---|---|
|  | LAW OFFICE OF CHRISTINE SCHLEUSS<br>Attorneys for Plaintiff |
| Dated: August 15, 2006 | /s/ Christine S. Schleuss<br>Christine S. Schleuss, ASBA No. 781132<br>733 W. 4th Avenue, Suite 401<br>Anchorage Alaska 99501<br>Phone: 907-222-4635<br>Fax:   907-222-4827<br>Email: chriss@chrisschleuss.com |
|  | LANE POWELL LLC<br>Attorneys for Defendants |
| Dated: August 15, 2006 | /s/ Peter C. Partnow [Consent]<br>Peter C. Partnow, ASBA No. 7206029<br>301 W. Northern Lights Blvd, Suite 301<br>Anchorage Alaska 99503-2648<br>Phone: 907-277-9511<br>Fax:   907-276-2631<br>Email: partnowp@lanepowell.com |

**CERTIFICATE OF SERVICE**
I certify that on August 15, 2006, a copy of
the foregoing was served by ECF on:

partnowp@lanepowell.com

/s/ Christine Schleuss

Law Office of Christine Schleuss
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
907-222-4635 / Fax (907) 222-4827