Christine S. Schleuss
LAW OFFICE OF CHRISTINE SCHLEUSS
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
Telephone: 907-222-4635
Fax: 907-222-4827

Attorney for Plaintiff M.P., through her guardian, S.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>                 Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>                 Defendants. | Case No. 3:05-cv-00194-TMB<br><br>**STATUS REPORT TO COURT AND REQUEST TO CONTINUE STAY** |

       COME NOW the parties, by and through counsel of record, and respond to the Court's Order Requiring Status Report as follows:

       Stipulations/Stays were previously entered in this case to hold all deadlines in abeyance to allow the parties sufficient opportunity to attempt to resolve the matter. In the interim, plaintiff's counsel has obtained authority from M.P.'s new guardian to settle the case and has conveyed the settlement offer to the defense. However, defense counsel is currently in a lengthy trial in federal court and the parties have not had an opportunity to fully explore settlement. For this reason, the parties stipulate to an additional 60 days to fully explore all settlement offers.

       A proposed Order accompanies this Report/Stipulation.

|  |  |
|---|---|
|  | LAW OFFICE OF CHRISTINE SCHLEUSS<br>Attorneys for Plaintiff |
| Dated:  October 16, 2006 | /s/ Christine S. Schleuss<br>Christine S. Schleuss, ASBA No. 781132<br>733 W. 4th Avenue, Suite 401<br>Anchorage Alaska 99501<br>Phone:  907-222-4635<br>Fax:     907-222-4827<br>Email:  chriss@chrisschleuss.com |
|  | LANE POWELL LLC<br>Attorneys for Defendants |
| Dated:  October 16, 2006 | /s/ Peter C. Partnow [Consent]<br>Peter C. Partnow, ASBA No. 7206029<br>301 W. Northern Lights Blvd, Suite 301<br>Anchorage Alaska 99503-2648<br>Phone:  907-277-9511<br>Fax:     907-276-2631<br>Email:  partnowp@lanepowell.com |

**CERTIFICATE OF SERVICE**
I certify that on 10/16/06, a true copy of
the foregoing was served by ECF on:

partnowp@lanepowell.com

/s/ Christine Schleuss

Law Office of Christine Schleuss
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
907-222-4635 / Fax (907) 222-4827

STATUS REPORT & REQUEST TO CONTINUE, Page 2 of 2
*M.P. v. Kenai Pen. Borough*, Case No. 3:05-cv-194-TMB