IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>Defendants. | Case No. 3:05-cv-00194-TMB<br><br>[PROPOSED] **ORDER** |

IT IS HEREBY ORDERED that the Stay will continue. The parties shall file another status report or a request for a pretrial scheduling conference on or before December 15, 2006.

Date: _____

_____
United States District Judge

Law Office of Christine Schleuss
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
907-222-4635 / Fax (907) 222-4827

Proposed ORDER, Page 1 of 1
*M.P. v. Kenai Pen. Borough*, Case No. 3:05-cv-194-TMB