Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Attorneys for Defendant Kenai Peninsula Borough
School District and Michael Wetherbee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>                          Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>                         Defendant. | Case No. 3:05-cv-00194-TMB<br><br>**JOINT STATUS REPORT AND**<br>**REQUEST TO CONTINUE STAY** |

COME NOW the parties, by and through counsel of record, hereby request the Court for an abeyance for an additional 21 days to permit the parties to complete their current settlement negotiations.

                                                                   LANE POWELL LLC
                                                                   Attorneys for Defendants

Dated: December 15, 2006              s/ Peter C. Partnow
                                                                  Peter C. Partnow, ASBA No. 7206029
                                                                  301 West Northern Lights Boulevard, Suite 301
                                                                  Anchorage, Alaska 99503-2648
                                                                  Phone:   907-277-9511
                                                                  Fax:     907-276-2631
                                                                  Email:    partnowp@lanepowell.com

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

|  |  |
|---|---|
|  | LAW OFFICE OF CHRISTINE SCHLEUSS<br>Attorneys for Plaintiff |
| Dated:  December 15, 2006 | s/ Christine S. Schleuss [Consent]<br>Christine S. Schleuss, ASBA No. 7811132<br>733 W. 4th Avenue, Suite 401<br>Anchorage, Alaska 99501<br>Phone:   907-222-4635<br>Fax:       907-222-4827<br>Email:    chriss@chrisschleuss.com |

I certify that on December 15, 2006, a copy of the foregoing was served by ECF on:

chriss@chrisschleuss.com

s/ Peter C. Partnow

119728.0003/157713.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Joint Status Report and Request to Continue Stay**
*MP, through her guardian, SD v. Kenai Peninsula Borough, et al.* **(3:05-cv-00194-TMB)**       **Page 2 of 2**