Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Attorneys for Defendant Kenai Peninsula Borough
School District and Michael Wetherbee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>                                  Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>                                  Defendant. | Case No. 3:05-cv-00194-TMB<br><br>[Proposed]<br>**<u>ORDER</u>** |

IT IS HEREBY ORDERED that the Stay will continue.  The parties shall file another status report or a request for a pretrial scheduling conference on or before January 5, 2007.

DATED:_____          _____
                                                                                The Honorable Timothy M. Burgess
                                                                                United States District Court Judge

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631