Christine S. Schleuss
LAW OFFICE OF CHRISTINE SCHLEUSS
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
Telephone: 907-222-4635
Fax: 907-222-4827

Attorney for Plaintiff M.P., through her guardian, S.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.P., through her guardian, S.D.,<br><br>      Plaintiff,<br><br>v.<br><br>KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE,<br><br>      Defendants. | Case No. 3:05-cv-00194-TMB<br><br>**AMENDED<br>JOINT MOTION TO FILE UNDER SEAL STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR COURT APPROVAL OF DISMISSAL** |

  Plaintiff and Defendants, through their respective attorneys, respectfully request this court to permit them to file under seal the Stipulation for Dismissal with Prejudice and Request for Court Approval of Dismissal. This Motion is based on the fact that the exhibits which accompany the Stipulation contain Plaintiff's full name, which she desires to keep confidential given the nature of the extremely personal allegations in the Complaint and Answer. Further, the document tells the amount of the settlement which, by stipulation of the parties, is to remain confidential.

Law Office of Christine Schleuss
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
907-222-4635 / Fax (907) 222-4827

A proposed Order accompanies this Motion.

          LAW OFFICE OF CHRISTINE SCHLEUSS
Attorneys for Plaintiff

Dated: February 2, 2007

/s/ Christine S. Schleuss
Christine S. Schleuss, ASBA No. 781132
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
Phone: 907-222-4635
Fax: 907-222-4827
Email: chriss@chrisschleuss.com

LANE POWELL LLC
Attorneys for Defendants

Dated: February 2, 2007

/s/ Peter C. Partnow [Consent]
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd, Suite 301
Anchorage Alaska 99503-2648
Phone: 907-277-9511
Fax: 907-276-2631
Email: partnowp@lanepowell.com

**CERTIFICATE OF SERVICE**
I certify that on 1/31/07, a true copy of the foregoing was served by ECF on:

partnowp@lanepowell.com

/s/ Christine Schleuss