Christine S. Schleuss
LAW OFFICE OF CHRISTINE SCHLEUSS
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
Telephone: 907-222-4635
Fax: 907-222-4827

Attorney for Plaintiff M.P., through her guardian, S.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| M.P., through her guardian, S.D., | |
|---|---|
| Plaintiff, | Case No. 3:05-cv-00194-TMB |
| v. | |
| KENAI PENINSULA BOROUGH SCHOOL DISTRICT, and MICHAEL WETHERBEE, | [PROPOSED] **ORDER RE: MOTION TO SEAL** |
| Defendants. | |

Based on the Amended Joint Motion of the parties, it is HEREBY ORDERED that the Stipulation For Dismissal With Prejudice And Request For Court Approval Of Dismissal shall be filed under seal.

Date: _____

_____
United States District Judge

Law Office of Christine Schleuss
733 W. 4th Avenue, Suite 401
Anchorage Alaska 99501
907-222-4635 / Fax (907) 222-4827